presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Nichols & Nelson, for appellant. Charles N. French, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

John Sakalas and Joseph Sakalas, appellees, v. C. W. Raven, appellant. Gen. Nos. 28,222, 28,223.

Actions in forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923.

Nichols & Nelson, for appellant. Charles N. French, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Edgar Frank Heiskell, appellant, v. Robert Black et al., appellees. Gen. No. 27,854.

Petition for mandamus to correct records of Loyola University to speak the truth concerning relator's grades and that said university forthwith confer on him degree of Doctor of Medicine. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed March 19, 1923.

McKinley & Price and Thomas C. Angerstein, for appellant. McMahon, Graber & Elward, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

City of Chicago, appellee, v. Ryan-Foley Company, appellant. Gen. No. 27,881.

Action under city ordinance forbidding persons to have premises remain for two hours in an offensive condition or prejudicial to public health; and forbidding the exposure of ashes or other substances liable to be blown about, or the cleaning of carpets, etc., or conducting of any business where particles will pass into any public place or occupied premises. Judgment for City of Chicago. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 19, 1923. Rehearing denied April 2, 1923.

John H. O'Neil and Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Thomas D. Neal, plaintiff in error, v. George W. Winslow, defendant in error. Gen. No. 27,923.

Judgment by confession on five promissory notes. Motion to set aside judgment sustained. Error to the Municipal Court of Chicago; the Hon. Oscar F. Cochran, Judge, presiding. Heard in this court at the October term, 1922. Reversed with finding of facts and judgment here. Opinion filed March 19, 1923.

Earl J. Walker, for plaintiff in error. Bunge, Harbour & Schmidt, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.